UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTWINE GOMEZ, | : | CASE NO. 3:20-cv-02247 |
| Petitioner, | : | ORDER |
| | : | [Resolving Doc. 1, 11] |
| v. | : | |
| WARDEN NEIL TURNER, | : | |
| Respondent. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Antwine Gomez currently serves an aggregate prison term forty years to life for rape charges. He brings this habeas corpus action under 28 U.S.C. § 2254.[1]

On December 29, 2023, Magistrate Judge Knapp filed a Report and Recommendation (R&R) recommending that the Court deny Gomez's habeas petition in its entirety.[2] Specifically, Magistrate Judge Knapp found that Gomez's three grounds for relief were procedurally defaulted.[3] Petitioner did not file an objection to the R&R.[4]

The Federal Magistrates Act requires direct courts to conduct a de novo review only of objected-to portions of an R&R.[5] Absent objection, district courts may adopt an R&R without review.[6]

So, the Court **ADOPTS** the R&R, **DENIES** Gomez's habeas petition in its entirety, and **DENIES** any associated certificate of appealability.

---

[1] Doc. 1.
[2] Doc. 11, PageID #: 1602.
[3] *Id.*
[4] The Court granted Petitioner Gomez's request for an extension to reply to the R&R. *See* Dkt., Jan. 22, 2024. Gomez did not file an objection within this time.
[5] 28 U.S.C. § 636(b)(1).
[6] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 20-cv-02247
GWIN, J.

    IT IS SO ORDERED.

Dated: March 7, 2024            *s/    James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE